IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-21-CV-299-FB |
| ARS SPECIALTY CONTRACTORS; GAVIN INVESTMENTS, LLC; and ELIZABETH YETMAN CHAVEZ, | § § § § | |
| Defendants. | § § § | |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting and Recommendation of United States Magistrate Judge filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge (docket #58), is ACCEPTED such that Great American Insurance Company's Motion for Summary Judgment (docket #50) is GRANTED IN PART and Defendants' Cross-Motion for Summary Judgment (docket #54) is DENIED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff Great American Insurance Company is AWARDED judgment as a matter of law as follows:  (1) $665,0000 in direct actual damages; (2) consequential damages in an amount to be later determined by the Court; (3) prejudgment interest to be computed as simple interest in accordance with Texas Finance Code § 304.003(c); and (4) post-judgment interest to be calculated and compounded pursuant to 28 U.S.C. § 1961, until the judgment is paid in full.  The matter of attorney's fees and taxable costs incurred in this litigation shall be raised in accordance with Western District of Texas Local Rule CV-54.

IT IS FURTHER ORDERED that motions pending, if any, are **DISMISSED**, and this case is now **CLOSED**.

IT IS FURTHER ORDERED that this case is re-referred to United States Magistrate Judge Richard B. Farrer to address the remaining post-judgment issues as well as attorney's fees and costs.

It is so ORDERED.

SIGNED this 30th day of September, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE